UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. EDCV 08-1191-GAF (OP)                    Date: August 20, 2008

Title: Timothy Wayne Johnson v. Michael Martel, Warden, et al.

---

☐   U.S. DISTRICT JUDGE
PRESENT: THE HONORABLE   OSWALD PARADA

☒   MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:** (IN CHAMBERS: MOTION FOR STAY AND ABEYANCE)

On August 13, 2008, petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Along with the Petition, petitioner also filed a Motion for Protective Order, which the Court construes as a motion for stay and abeyance.

Respondent shall have thirty (30) days from the date of this order to file an Opposition to petitioner's motion. Petitioner shall have thirty (30) days after service of the opposition to file a Reply brief, if any. Thereafter, the motion will be deemed submitted without oral argument. See Local Rule 7-15.

**IT IS SO ORDERED.**


cc: All parties of Record


                                            Initials of Deputy Clerk mg

CV-90 (10/98)                                                    CIVIL MINUTES   -   GENERAL