JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE JOHNSON, ) | Case No. EDCV 08-1101-GAF (DTB) |
| ) | |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| ) | |
| MICHAEL MARTEL, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 15, 2010

*/s/ Gary Feess*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE